# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br><br>v.<br><br>**JOSEPH LOZADA,**<br>Defendant. | **INDICTMENT**<br><br>CRIMINAL N0. 10- *193* (JAF )<br><br>**VIOLATIONS:**<br>18 U.S.C. § 922(e)<br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 1715<br><br>**FORFEITURE:**<br>18 U.S.C. § 924(d)(1)<br>28 U.S.C. § 2461(c)<br><br>THREE COUNTS |

**THE GRAND JURY CHARGES:**

### COUNT ONE

On or about the 6th day of May, 2010, in the District of Puerto Rico, and within the jurisdiction of this Court,

### JOSEPH LOZADA,

the defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, did knowingly posses and receive two (2) firearms, that is, one (1) I.O. Inc. rifle, model AK-47C, 7.62x39 caliber, bearing serial number 005430, and one (1) Ruger pistol, model Mark II Target, .22 caliber, bearing serial number 212-87946, said firearms having been shipped and transported in interstate and foreign commerce. All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

1

## COUNT TWO

On or about the 3rd day of May, 2010, in the District of Puerto Rico, elsewhere, and within the jurisdiction of this Court,

### JOSEPH LOZADA,

the defendant herein, did knowingly deliver and caused to be delivered to a common carrier for transportation and shipment in interstate commerce, to persons other than licensed importers, licensed manufacturers, licensed dealers, and licensed collectors, a package containing firearms, to wit, one (1) I.O. Inc. rifle, model AK-47C, 7.62x39 caliber, bearing serial number 005430, and one (1) Ruger pistol, model Mark II Target, .22 caliber, bearing serial number 212-87946, without written notice to the carrier that said firearms were being transported and shipped. All in violation of Title 18, United States Code, Sections 922(e) and 924(a)(1)(D).

## COUNT THREE

On or about the 3rd day of May, 2010, in the District of Puerto Rico, elsewhere, and within the jurisdiction of this Court,

### JOSEPH LOZADA,

the defendant herein, did knowingly deposit for mailing and caused to be delivered by the mail according to the direction thereon, a parcel containing a firearm capable of being concealed on the person and declared nonmailable, to wit, one (1) Ruger pistol, model Mark II Target, .22 caliber, bearing serial number 212-87946. All in violation of Title 18, United States Code, Section 1715.

2

## FORFEITURE ALLEGATION

### (18 U.S.C. § 924(d)(1) & 28 U.S.C. § 2461(c))

1.      The allegations contained in Count ONE of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2.      Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1), set forth in Count ONE of this Indictment,

### JOSEPH LOZADA,

the defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved or used in the knowing commission of the offense, including, but not limited to: one (1) I.O. Inc. rifle, model AK-47C, 7.62x39 caliber, bearing serial number 005430, and one (1) Ruger pistol, model Mark II Target, .22 caliber, bearing serial number 212-87946. All pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

3.      The allegations contained in Count TWO of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

4.      Upon conviction of the offense in violation of Title 18, United States Code, Section 922(e), set forth in Count TWO of this Indictment,

### JOSEPH LOZADA,

the defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearm and ammunition

3

involved or used in the knowing commission of the offense, including, but not limited to: one (1) I.O. Inc. rifle, model AK-47C, 7.62x39 caliber, bearing serial number 005430, and one (1) Ruger pistol, model Mark II Target, .22 caliber, bearing serial number 212-87946. All pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

5.      The allegations contained in Count THREE of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

6.      Upon conviction of the offense in violation of Title 18, United States Code, Section 1715, set forth in Count THREE of this Indictment,

**JOSEPH LOZADA,**

the defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved or used in the knowing commission of the offense, including, but not limited to: one (1) Ruger pistol, model Mark II Target, .22 caliber, bearing serial number 212-87946. All pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

TRUE BILL

**FOREPERSON**

Date: May 27/2010

**ROSA EMILIA RODRÍGUEZ-VÉLEZ**
United States Attorney

José A. Ruiz-Santiago
Assistant United States Attorney
Chief, Criminal Division

Warren Vázquez
Assistant United States Attorney
Chief, Violent Crimes Unit

Brian K. Kidd
Assistant United States Attorney

5